UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRAVIS STAGG and JENNIFER STAGG,

    Plaintiffs,

v.                                                  CASE NO: 8:07-cv-1103-T-26EAJ

FORD MOTOR CREDIT CSV LLC, et al.,

    Defendants.
_____/

**O R D E R**

Plaintiffs have filed a response to Defendant Ford's motion for partial summary judgment in which they concede that Defendant Ford is not subject to liability under the federal Fair Debt Collection Practices Act as alleged in count one of the amended complaint. Their counsel represents that the apparent inclusion of Defendant Ford in count one was based on a pleading error, and he requests leave to amend by interlineation or by the filing of an amended complaint. In the Court's view, the better solution would be to grant Defendant Ford's motion.

Accordingly, it is ordered and adjudged that Defendant Ford's Motion for Partial Summary Judgment (Dkt. 26) is granted. The Court dismisses count one with prejudice as to Defendant Ford.

**DONE AND ORDERED** at Tampa, Florida, on October 26, 2007.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record